236 So.2d 37

Bernice DOBBS

v.

**HARTFORD ACCIDENT AND INDEMNI-
TY COMPANY et al.**

No. 50640.

June 8, 1970.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

SUMMERS, J., is recused.